# Court of Appeals
# of the State of Georgia

ATLANTA,  July 28, 2022

*The Court of Appeals hereby passes the following order:*

## A22D0463. JAMES JEFFERY LOONEY v. THE STATE.

Based on the limited application materials, it appears that James Looney pled guilty to false imprisonment in 2021 and was sentenced to "5 years with 1 year to serve, time deemed served." At some later point, Looney filed a motion to modify his sentence, which he has not included with the application materials. On June 3, 2022, the trial court entered an order denying the motion. On July 8, 2022, Looney filed this application for discretionary appeal.[1] We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an application for appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). See also *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011) (noting that this Court "has held that the failure to meet the statutory deadline for filing a discretionary application is a jurisdictional defect"). Looney filed this application 35 days after entry of the order he wishes to appeal.

---

[1] In accordance with Court of Appeals Rule 4 (b), the application filing date is the date of the postmark on the envelope containing Looney's mailed application.

Thus, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  07/28/2022    *
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*